Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re:   Chapter 11

LEE'S SEOUL CLEANERS, INC.,   Case No. 10-14156(AJG)

                    Debtor.   **AFFIDAVIT OF SERVICE**
------------------------------------------------------x

STATE OF NEW YORK   )
                            )ss.:
COUNTY OF NEW YORK )

        Nilda Reyes, being duly sworn, deposes and says:

        I am not a party to the action. I am over the age of eighteen years and reside in Pomona, New York.

        On August 23, 2010, I served that certain *Order Scheduling Initial Case Conference* upon those entities listed on the attached Service List designated by said attorney by depositing a true copy of same, enclosed in properly addressed envelope, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for First Class Mail delivery.

                                                          _____
                                                            NILDA REYES

Sworn to before me this
23 day of August, 2010.

_____
Douglas J. Pick
Notary Public, State of New York
No. 02PI4758430 Qualified in New York County
Commission Expires February 26, 2011

Ki Duk Kwak
33-39 156th Street
Flushing, NY 11354

Woori America Bank
1250 Broadway
New York, NY 10001

Greg Zipes, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kim & Bae, PC
110 E. 59th Street, 29th Floor
New York, NY 10022

TCF Equipment Finance, Inc.
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305